IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

**RANDA KYM ARMKNECHT,**

      Plaintiff,

    vs.

**PETSMART, LLC,**

      Defendant.

Case No. 4:23-cv-00468-DGK

## DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS AND COMPEL ARBITRATION

Defendant PetSmart LLC[1] hereby moves the Court under the Federal Arbitration Act, 9 U.S.C. §§ 1 *et. seq.* to dismiss or, in the alternative, stay this proceeding and to compel arbitration.[2]

As more fully described in Defendant's Suggestions in Support, filed simultaneously and incorporated herein by reference, Plaintiff alleges violations of the Missouri Human Rights Act, the Americans with Disabilities Act, the Family Medical Leave Act, R.S.Mo. § 290.152, and interference with valid business expectancy, all of which relate to her employment and the termination of her employment. Plaintiff agreed in writing to resolve her disputes through arbitration, rather than in this forum. Accordingly, Defendant respectfully requests that the Court grant its motion to dismiss or, in the alternative, stay proceedings and compel this matter to arbitration.

---

[1] PetSmart LLC does not include a comma.
[2] The Federal Arbitration Act, 9 U.S.C. §§ 3, 4 allows for dismissal of the action. Defendant files this Motion to Dismiss in lieu of an Answer. Therefore, to the extent necessary, Defendant also brings this Motion under Fed. R. Civ. P. 12(b)(l) and/or 12(b)(6).

1

Respectfully submitted,

/s/ Jeffrey D. Hanslick
Jeffrey D. Hanslick, #46693
Direct: 816.627.4408
E-Fax: 816.817.2517
jhanslick@littler.com
Bayli Martin, #72291
Direct: 816.627.4414
E-Fax: 816.817.1831
bamartin@littler.com

LITTLER MENDELSON, P.C.
1201 Walnut Street
Suite 1450
Kansas City, MO  64106

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2023, the above and foregoing was filed using

the Court's e-filing system, which will send notice of same to the following counsel of record:

Jasmine Abou-Kassem
1301 Oak Street, Suite 613
Kansas City, MO 64106
jasmine@jaklawllc.com

**ATTORNEY FOR PLAINTIFF**

/s/ Bayli Martin
**ATTORNEY FOR DEFENDANT**

2