IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

**RANDA KYM ARMKNECHT,**

        Plaintiff,

    vs.

**PETSMART, LLC,**

        Defendant.

Case No. 4:23-cv-00468-DGK

## <u>JOINT MOTION TO STAY PROCEEDINGS</u>

Plaintiff Randa Kym Armknecht and Defendant PetSmart, LLC, having agreed to stay this action pending arbitration, do hereby file this Joint Motion to Stay Proceedings.

Defendant filed its Motion to Dismiss and Compel Arbitration on July 13, 2023 (Dkt. 4). Plaintiff filed her Response in Opposition to Defendant's Motion to Dismiss on July 24, 2023 (Dkt 7). Defendant then filed its Reply in Support of its Motion to Dismiss and Compel Arbitration on August 7, 2023 (Dkt. 8). The Court has yet to rule on Defendant's Motion.

The parties have agreed to pursue mediation with a private mediator and, in the event mediation is not successful, to resolve Plaintiff's claims through the Dispute Resolution Program to which Plaintiff agreed and on which Defendant's Motion (Dkt. 4) is based.

Accordingly, the parties respectfully request that the Court stay this matter as requested in Defendant's Motion (Dkt. 4).

1

Dated: September 28, 2023                                    Respectfully submitted,


*/s/ Jasmine J. Abou-Kassem*_____          */s/ Jeffrey D. Hanslick*_____
Jasmine Abou-Kassem, #61614                Jeffrey D. Hanslick, #46693
Direct: 816.298.5214                       Direct: 816.627.4408
1301 Oak Street, Suite 613                 E-Fax: 816.817.2517
Kansas City, MO 64106                      jhanslick@littler.com
jasmine@jaklawllc.com                      Bayli Martin, #72291
                                           Direct: 816.627.4414
THE LAW OFFICE OF                          E-Fax: 816.817.1831
JASMINE ABOU-KASSEM, LLC                   bamartin@littler.com
1301 Oak Street, Suite 613
Kansas City, MO  64106                     LITTLER MENDELSON, P.C.
                                           1201 Walnut Street
**ATTORNEY FOR PLAINTIFF**                 Suite 1450
                                           Kansas City, MO  64106

                                           **ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2023, the above and foregoing was filed

using the Court's e-filing system, which will send notice of same to the following counsel of

record:

Jasmine J. Abou-Kassem
1301 Oak Street, Suite 613
Kansas City, MO 64106
jasmine@jaklawllc.com

**ATTORNEY FOR PLAINTIFF**

                                */s/ Bayli Martin*_____
                                **ATTORNEY FOR DEFENDANT**

2