# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RANDA KYM ARMKNECHT, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23-cv-00468-DGK |
| PETSMART, LLC, | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION TO STAY PENDING MEDIATION OR ARBITRATION

Now before the Court is the parties' Joint Motion to Stay Proceedings. ECF No. 12. The parties request that all proceedings in the case be stayed until the completion of mediation or arbitration. In the event mediation is unsuccessful, the parties agree to resolve their dispute through arbitration.

Upon review, it is hereby ORDERED that:

1. All proceedings in this action are stayed pending completion of mediation and/or arbitration;

2. Defendant's Motion to Dismiss or in the Alternative to Stay and Compel Arbitration, ECF No. 4, is DENIED WITHOUT PREJUDICE; and

3. The parties shall file a status report within sixty (60) days from the date of this Order, and every sixty (60) days thereafter.

Failure to timely file the initial or any subsequent status report may result in the dismissal of this case without further notice.

**IT IS SO ORDERED.**

Date:  October 3, 2023                /s/ Greg Kays

GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT