IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

**RANDA KYM ARMKNECHT,**

      Plaintiff,

  vs.

**PETSMART, LLC,**

      Defendant.

Case No. 4:23-cv-00468-DGK

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Randa Armknecht and Defendant

PetSmart LLC, hereby stipulate and agree to the dismissal with prejudice of all claims in this

matter, with each party to bear their own costs, expenses, and attorneys' fees.

Dated: January 2, 2024.


Respectfully submitted,


*/s/Jasmine Abou-Kassem*

Jasmine J. Abou-Kassem, #61614
THE LAW OFFICE OF
JASMINE ABOU-KASSEM, LLC
1301 Oak Street, Suite 613
Kansas City, MO 64106
Direct: 816.298.5214
jasmine@jaklawllc.com

ATTORNEY FOR PLAINTIFF

*/s/ Bayli Martin*

Jeffrey D. Hanslick, #46693
Direct: 816.627.4408
E-Fax: 816.817.2517
jhanslick@littler.com
Bayli Martin, #72291
Direct: 816.627.4414
E-Fax: 816.817.1831
bamartin@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106

ATTORNEYS FOR DEFENDANTS

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of January 2024, the above and foregoing was filed using the Court's e-filing system, which will send notice of same to the following counsel of record:

Jasmine J. Abou-Kassem
THE LAW OFFICE OF
JASMINE ABOU-KASSEM, LLC
1301 Oak Street, Suite 613
Kansas City, MO 64106
jasmine@jaklawllc.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Bayli Martin*
**ATTORNEY FOR DEFENDANT**

2